UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAMANDA FLORES,<br>　　　　Plaintiff,<br>　　v.<br>CONCORD POLICE OFFICER WALKER #0568, et al.,<br>　　　　Defendants. | Case No. 17-cv-05810-PJH<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 35 |

The court is in receipt of defendants' letter brief stating, inter alia, that plaintiff has failed to participate in discovery. Dkt. 35. Specifically, plaintiff's counsel has failed to respond to defendants' multiple attempts to meet and confer, failed to provide Fed. R. Civ. P. 26 Initial Disclosures, and failed to respond to propounded written discovery. Dkt. 35.

The court hereby ORDERS plaintiff to show cause why sanctions, including terminating sanctions, should not be imposed for the above listed failures. Plaintiff's counsel is ordered to file a written response to this order within 14 days.

**IT IS SO ORDERED.**

Dated: June 12, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge